| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: Elving Pereira  Debtor. | Order Filed on August 6, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| | Case No.: 18-24269 |
| | Judge: Hon. Stacey L. Meisel |
| | Chapter: 13 |

**ORDER EXCUSING DEBTOR'S FAILURE TO COMPLY WITH 11 U.S.C. § 109(h)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 6, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Debtor:** Elvin Pereira
**Case No.:** **18-24269**
**Caption of Order:** Order Excusing Debtor's Failure to Comply with 11 U.S.C. § 109(h)

**WHEREAS** the Court issued an Order to Show Cause why the case should not be dismissed due to the debtor's failure to receive credit counseling during the 180-day period ending on the date of the filin of the petition in accordance with 11 U.S.C. § 109(h); and the debtor completed the required credit counseling course on July 18, 2018; and for good cause shown; it is

**ORDERED** that the debtor's failure to comply with 11 U.S.C. § 109(h) is excused.