| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

**Order Filed on August 6, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

Elving Pereira

Debtor.

Case No.: 18-24269

Judge: Hon. Stacey L. Meisel

Chapter: 13

**ORDER EXCUSING DEBTOR'S FAILURE TO COMPLY WITH 11 U.S.C. § 109(h)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 6, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Debtor:**             Elvin Pereira
**Case No.:**           **18-24269**
**Caption of Order:**   Order Excusing Debtor's Failure to Comply with 11 U.S.C. § 109(h)

**WHEREAS** the Court issued an Order to Show Cause why the case should not be dismissed due to the debtor's failure to receive credit counseling during the 180-day period ending on the date of the filin of the petition in accordance with 11 U.S.C. § 109(h); and the debtor completed the required credit counseling course on July 18, 2018; and for good cause shown; it is

**ORDERED** that the debtor's failure to comply with 11 U.S.C. § 109(h) is excused.

United States Bankruptcy Court
District of New Jersey

In re:  
Elvin Pereira  
       Debtor

Case No. 18-24269-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Aug 06, 2018  
                    Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2018.  
db         +Elvin Pereira,   18 Chapman St. - Apt. 1-B,   Bloomfield, NJ 07003-3711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2018 at the address(es) listed below:  
      David L. Stevens   on behalf of Debtor Elvin  Pereira dstevens@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com  
      Kevin Gordon McDonald   on behalf of Creditor   U.S. Bank National Association, as Trustee, et al... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
      Marie-Ann Greenberg   magecf@magtrustee.com  
      Rebecca Ann Solarz   on behalf of Creditor   DITECH FINANCIAL LLC rsolarz@kmllawgroup.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                       TOTAL: 5