| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 | Order Filed on October 3, 2018<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| IN RE:<br><br>  ELVIN PEREIRA | Case No.:  18-24269SLM<br><br>Hearing Date:  9/26/2018<br><br>Judge:  STACEY L. MEISEL |

**INTERIM ORDER ON CONFIRMATION HEARING**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: October 3, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.: 18-24269SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 09/26/2018 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must pay $400.00 by 10/10/2018 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 10/24/2018 at 9:00 a.m..

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-24269-SLM
Elvin Pereira                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1           Date Rcvd: Oct 03, 2018
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
db             +Elvin Pereira,    18 Chapman St. - Apt. 1-B,    Bloomfield, NJ 07003-3711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2018 at the address(es) listed below:
    David L. Stevens    on behalf of Debtor Elvin  Pereira dstevens@scuramealey.com,
     ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
    Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee, et
     al... kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
    Marie-Ann Greenberg    magecf@magtrustee.com
    Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                       TOTAL: 6