Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−24269−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elvin Pereira
   18 Chapman St. − Apt. 1−B
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−8953

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 11/14/18 at 10:00 AM

to consider and act upon the following:

*33* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/25/2018. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

*35* − Certification in Opposition to Trustee's Certification of Default (related document:33 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/25/2018. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by David L. Stevens on behalf of Elvin Pereira. (Attachments: # 1 Exhibit Proof of payment) (Stevens, David)

Dated: 10/25/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court