| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel: (973) 696-8391<br>David L. Stevens (Attorney ID 03442007) | **Order Filed on November 5, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| In Re:<br><br>Elvin Pereira,<br><br>Debtor. | Case No.:  18-24269<br><br>Chapter:  13<br><br>Judge:   Stacey L. Meisel |

**ORDER DENYING APPLICATION FOR AN ORDER SHORTENING TIME**

The relief set forth on the following pages, numbered two (2) through ___2___ is **ORDERED**.

**DATED: November 5, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Elvin Pereira
Case No.: 18-24269
Caption of Order: Order Denying Application for an Order Shortening Time

**THIS MATTER** having been brought before the Court by the debtor, Elvin Pereira ("**Debtor**"), by and through his counsel, David L. Stevens of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, by an *Application for Order Shortening Time* ("**Application**") (Docket No. 41) seeking an Order from the Court shortening the time period for notice and a hearing on Debtor's *Motion for Order Authorizing and Approving: (I) the Sale of Real Property Pursuant to 11 U.S.C. § 363; (II) Payment of Professional Fees from Sale Proceeds; (III) Waiving the Fourteen-Day Stay Pursuant to Fed. R. Bankr. P. 6004(h); and (IV) Granting Other and Related Relief* ("**Motion**") (Docket No. 41); and the Court having considered the Application, the Motion, and each of the attachments thereto; and for good cause shown, **IT IS HEREBY ORDERED THAT**:

1. The Application is DENIED as this is a self-created emergency and not a true emergency. Debtor received short sale approval on September 14, 2018. Debtor entered into a contract for sale on October 16, 2018. There is no justification given as to why Debtor failed to timely move and instead seeks emergent relief. Orders shortening time are reserved for true emergencies.

2. A hearing on the Motion shall be conducted on November 28, 2018 at 10:00 AM.

Debtor shall serve this Order on the Chapter 13 Trustee, all creditors and all parties who entered an appearance on this matter.