| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>SCURA, WIGFIELD, HEYER, STEVENS &<br>CAMMAROTA, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel: (973) 696-8391<br>David L. Stevens (Attorney ID 03442007) | **Order Filed on November 5,<br>2018 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |
| In Re:<br><br>Elvin Pereira,<br><br><br>Debtor. | Case No.:    18-24269<br><br>Chapter:    13<br><br>Judge:    Stacey L. Meisel |

## ORDER DENYING APPLICATION FOR AN ORDER SHORTENING TIME

The relief set forth on the following pages, numbered two (2) through ____2____ is **ORDERED**.

**DATED: November 5, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Elvin Pereira
Case No.: 18-24269
Caption of Order: Order Denying Application for an Order Shortening Time

**THIS MATTER** having been brought before the Court by the debtor, Elvin Pereira ("**Debtor**"), by and through his counsel, David L. Stevens of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, by an *Application for Order Shortening Time* ("**Application**") (Docket No. 41) seeking an Order from the Court shortening the time period for notice and a hearing on Debtor's *Motion for Order Authorizing and Approving: (I) the Sale of Real Property Pursuant to 11 U.S.C. § 363; (II) Payment of Professional Fees from Sale Proceeds; (III) Waiving the Fourteen-Day Stay Pursuant to Fed. R. Bankr. P. 6004(h); and (IV) Granting Other and Related Relief* ("**Motion**") (Docket No. 41); and the Court having considered the Application, the Motion, and each of the attachments thereto; and for good cause shown, **IT IS HEREBY ORDERED THAT**:

1. The Application is DENIED as this is a self-created emergency and not a true emergency. Debtor received short sale approval on September 14, 2018. Debtor entered into a contract for sale on October 16, 2018. There is no justification given as to why Debtor failed to timely move and instead seeks emergent relief. Orders shortening time are reserved for true emergencies.

2. A hearing on the Motion shall be conducted on November 28, 2018 at 10:00 AM.

Debtor shall serve this Order on the Chapter 13 Trustee, all creditors and all parties who entered an appearance on this matter.

United States Bankruptcy Court
District of New Jersey

In re:  
Elvin Pereira  
    Debtor

Case No. 18-24269-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 05, 2018  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.  
db         +Elvin Pereira,    18 Chapman St. - Apt. 1-B,    Bloomfield, NJ 07003-3711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2018 at the address(es) listed below:  
         David L. Stevens    on behalf of Debtor Elvin  Pereira dstevens@scuramealey.com,  
          ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com  
         Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee, et  
          al... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Marie-Ann  Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                              TOTAL: 6