UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, NJ 07470
Tel.: 973-696-8391
Counsel to Debtor

Order Filed on November 13, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Elvin Pereira

Case No.: 18-24269 (SLM)

Chapter: 13

Judge: Stacey L. Meisel

## ORDER AUTHORIZING RETENTION OF

Keller Williams Village Square Realty

The relief set forth on the following page is **ORDERED**.

**DATED: November 13, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain __Keller Williams Village Square Realty__
as _____Debtor's Realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:  74 Godwin Ave.
   Ridgewood, NJ 07450

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Elvin Pereira  
    Debtor

Case No. 18-24269-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin    Page 1 of 1    Date Rcvd: Nov 14, 2018  
               Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.  
db          +Elvin Pereira,    18 Chapman St. - Apt. 1-B,    Bloomfield, NJ 07003-3711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2018 at the address(es) listed below:  
       David L. Stevens    on behalf of Debtor Elvin  Pereira dstevens@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com  
       Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                       TOTAL: 6