Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  18−24269−SLM
                        Chapter:  13
                        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elvin Pereira
   18 Chapman St. − Apt. 1−B
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−8953

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/19/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 19, 2018
JAN: apc

                                                                        Jeanne Naughton
                                                                       Clerk

```
                         United States Bankruptcy Court
                               District of New Jersey
In re:                                                           Case No. 18-24269-SLM
Elvin Pereira                                                    Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 2          Date Rcvd: Nov 19, 2018
                               Form ID: 148                Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2018.
db             +Elvin Pereira,    18 Chapman St. - Apt. 1-B,    Bloomfield, NJ 07003-3711
r              +Keller Williams Village Square Realty,    74 Godwin Avenue,    Ridgewood, NJ 07450-3706
517649012      +Essex County Nj Empl F,    465 Martin Luther King B,    Newark, NJ 07102-1774
517662461      +U.S. Bank National Association, as Trustee,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2018 01:14:01    U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2018 01:13:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517749544       EDI: BECKLEE.COM Nov 20 2018 06:28:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517649010      +EDI: AMEREXPR.COM Nov 20 2018 06:31:00      Amex,   Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
517658131       EDI: DISCOVER.COM Nov 20 2018 06:30:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
517649011      +EDI: DISCOVER.COM Nov 20 2018 06:30:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517776441       E-mail/Text: bankruptcy.bnc@ditech.com Nov 20 2018 01:13:29     Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
517649013      +EDI: IRS.COM Nov 20 2018 06:33:00      Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
517649014      +Fax: 407-737-5634 Nov 20 2018 02:08:41     Ocwen Loan Servicing, Llc,
                 Attn: Research/Bankruptcy,    1661 Worthington Road, Suite 100,
                 West Palm Beach, FL 33409-6493
517649015      +E-mail/Text: jennifer.chacon@spservicing.com Nov 20 2018 01:15:02
                 Select Portfolio Servicing, Inc,    Po Box 65250,   Salt Lake City, UT 84165-0250
517775637       E-mail/Text: jennifer.chacon@spservicing.com Nov 20 2018 01:15:02
                 U.S. Bank National Association,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
517649016       EDI: WFFC.COM Nov 20 2018 06:30:00      Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                 Greenville, SC 29606
517743040       EDI: WFFC.COM Nov 20 2018 06:30:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 21, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
              David L. Stevens    on behalf of Debtor Elvin  Pereira dstevens@scurameraley.com,
               ecfbkfilings@scurameraley.com;dsklar@scurameraley.com;tscialla@scurameraley.com;mmack@scura.com
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee, et
               al... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Nov 19, 2018
                              Form ID: 148             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                TOTAL: 6